IN AND FOR THE SUPREME COURT

OF THE UNITED STATES OF AMERICA

---

**COMES NOW:**

**BIANCA VELEZ ON BEHALF OF**

**THE UNITED STATES**

**OF AMERICA**

8:20-mc-106-T-35 CPT

V.

**DEMOCRATIC NATIONAL COMMITTEE;**

**JOESEPH R. BIDEN;**

**NANCY PELOSI;**

**ILJAN OMAR; ALEXANDRIA CORTEZ; et al.**

---

**APPLICATION FOR INDICTMENT**

**(EMERGENCY REQUEST)**

The court has original jurisdiction—when it is the first and only to hear a case—and appellate jurisdiction—when it reviews the decisions of lower courts. Parties petition SCOTUS to hear a case if they are not satisfied with a lower court's decision.

---

## Motive For Corruption

### New Way Forward Act

1. 44 democrats have backed this piece of legislation.
2. Iljan Omar and A.O.C are among those that do.
3. The design is to build a new country.
    1. It gives immunity to criminals
        1. By suggesting convictions shouldn't lead to deportations
        2. Crimes that carry penalties up to 5 years
            1. Some of these crimes can be as serious as homicide.
            2. It endangers our deportation pipeline
            3. Crimes of Moral Turpitude are eliminated
            4. Aggravated felonies get immunities
            5. Racketeering
            6. Falsifying passports
            7. Crimes that carry 1 year penalties
            8. Deportation Judges get open ended power
                1. They get a blank check to open the borders to whoever they want.
                2. Any crime may enter
                3. Decriminalizes illegal entry into the united states

3. Makes it harder for our domestic immigration investigation team to deport criminals.
    1. They would not be able to use the past of an immigrant criminal against them in order to prove the burden of proof endangering domestic communities.
    2. This act would make it almost impossible to arrest an immigrant and abridge the equality of justice for domestic aboriginals and legal citizens.
4. It grants the right to come home
    1. This explicitly describes the spending of tax dollars on reuniting deported criminals with their family who are residing in this country. This would give them a free pass to make America their headquarters to commit crimes with immunity.
        1. From 2002- 2018 we had 480 thousand deportations that would cost billions of dollars executing an action that is not beneficial to the United States of America.

## Method of Execution

1. **POLITICAL CORRUPTION**

    a. **Known as Mal Politics**

       i. It is the use of powers by government officials or their network contacts for illegitimate private gain.

    b. **Forms of Corruption vary however they include the following crimes**

       i. Bribery

       ii. Extortion

       iii. Parochia

       iv. Influence Peddling

       v. Embezzlement

       vi. Cronyism

       vii. Nepotism

       viii. Patronage

       ix. Graft.

    c. **Corruption may facilitate criminal enterprise these include the following;**

       i. Drug Trafficking

       ii. Money Laundering

       iii. Human Trafficking

    d. **Misuse of Government Power for other purposes such as;**

       i. Repression of Political Opponents

    ii. General Police Brutality.

  e. **Institutional Corruption (BLM)**

    i. This is distinguished by the following;

     1. Bribery

     2. Other kinds of obvious personal gain.

     3. **A similar problem of corruption arises in any institution that depends on financial support from people who have interests that may conflict with the primary purpose of the institution.**

  f. An Illegal act by an officeholder constitutes political corruption only if the act is directly related to the following;

    i. **Their official duties**

    ii. **Done under Color of Law**

    iii. **Or involves the trading in influence.**

2. **Kleptocracy**

  a. "Power Rule"

    i. This is a government whose corrupt leaders (Kleptocrats) use political power to appropriate the wealth of their nation typically by embezzlement or misappropriation of government funds at the expense of the wider population.

    ii. Corrupt politicians enrich themselves secretly outside the rule of law through;

     1. Kickbacks

     2. Bribes

   3. Special favors
   4. Or they simply direct state funds to themselves and their associates.

3. **Kleptocracies**
   a. Are generally present where external oversight (private prosecutions) are impossible or do not exist.
      i. This lack of oversight can be caused or exacerbated by the ability of the kleptocratic officials to control both the supply of public funds and the means of disbursal for those funds.
   b. Kleptocratic rulers often treat their country's treasury as a source of personal wealth
      i. Spending funds on luxury goods and extravagances as they see fit.
   c. Many Kleptocratic rulers secretly transfer public funds into hidden personal numbered bank accounts in foreign countries to provide themselves if removed from power.
      i. Kleptocrats often export much of their profits to foreign nations in anticipation of losing power.
   d. Kleptocracy is most common in developing countries and collapsing nations
      i. Hence why Biden wants to shut everything down
         1. Collapsing nations whose economies are reliant on the trade of natural resources.

2. Developing nations' reliance on export incomes constitute a form of economic rent and are easier to siphon off without causing the income to decrease.

    a. This leads to wealth accumulation for the ELITES and corruption may serve a beneficial purpose by generating more wealth for the state.

## Privileges or Immunities Clause

1. Amendment XIV, SECTION 1, CLAUSE 2 introduced by John Bigham
    a. OF THE UNITED STATES CONSTITUTION
        i. Along with the rest of the 14th Amendment
            1. Introduced July 9, 1868 states the following,
                a. " No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States
                    i. Including our right to fair and free election.
2. Privileges and Immunities Clause in Article 4 of the United States Constitution [1][2] states the following,
    a. " The Citizens of each state shall be entitled to all privileges and Immunities of Citizens in the Several States."
        i. This means that if a state signs a consent that will abridge the privilege and Immunity to corruption that consent shall be null in void as it is an action that is depriving the whole nation of a fair and free election.
3. Bingham produced his draft to the Joint Committee of 15 also known as the Joint Committee of Reconstruction it provides the following,
    a. "The congress shall have power to make all laws which shall be necessary and proper to secure to the citizens of each state all privileges and immunities of citizens in the several states."

      i. "Bingham added the following to the proposed amendment to the Constitution,

          1. "The proposition pending before the House is simply a proposition to arm the Congress… with the power to enforce the Bill of Rights as it stands in the constitution today it hath that extent -no more- if the state laws do not interfere those immunities follow under the constitution.

4. On May 14, 1868 Bingham stated that Privileges or Immunities Clause aim is that the constitution of a U.S. State "never should be so construed, and never should be so enforced as to deprive any citizen of the United States of the rights and privileges of a citizen of the United States within the limits of that state.

    a. The 14th article of the amendments of the Constitution secures this power to the Congress of the United States.

5. As stated by Bingham on January 30, 1871 in the House Report No. 22 from the House Judiciary Committee, led by John Bingham,

    a. " The Privileges or Immunities Clause was deemed necessary for the enforcement of privileges or Immunities Clause as an express limitation upon the powers of the States."

1. **THE RIGHTS AND PRIVILEGES CIVIL RIGHTS ACT OF 1866**

    a. "All persons within the jurisdiction of the United States shall have the same right in every State and Territory,

    b. To make and enforce contracts,

    c. To sue,

    d. **Be parties,**

    e. Give evidence,

    f. **And to full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to ;**

    g. **Like punishment,**

    h. **Pains,**

    i. **Penalties,**

    j. **Taxes,**

    k. **Licenses,**

    l. **And exactions of every kind, and to no other.**

2. On May 10, 1866 in the closing debate on the House floor, Bingham never the less quoted article IV,

    a. "Contrary to the Express Letter of your Constitution, cruel and unusual punishments have been inflicted under State Laws within this union upon citizens, not only for crimes committed but for sacred duty done, for which and against which the Government of the United States had provided no remedy and could

provide none. Sir, the words of the COnstitution that 'the citizens of each State shall be entitled to all privileges and immunities of citizens in the Several States' include among other privileges, the right to bear true allegiance to the Constitution and the laws of the United States, and to be protected in life, liberty, and property."

### Due Process Clause

1. Specifically deals with the administration of justice.
   a. It is meant to act as a safeguard from arbitrary denial of life, liberty, or property by the government outside the sanction of law.

### Procedural Due Process

1. Is a Legal Doctrine that requires government officials to follow fair procedures before depriving a person of life, liberty or property.
   a. Requires the government by law to
      i. Afford the person notice
      ii. An opportunity to be heard.
      iii. And a decision

## "Some Kind of Hearing"

## By: Judge Henry Friendly

Highly influential as to both content and relative priority he had the following procedural rights drafted for a fair tribunal hearing.

1. An unbiased tribunal
2. Notice of the proposed action and grounds asserted for it.
3. The opportunity to present reasons for the proposed action not to be taken.
4. The right to present evidence including the right to call witness
5. The right to know opposing evidence.
6. The right to cross-examine adverse witnesses.
7. A decision based only on the evidence presented
8. Opportunity to be represented by counsel.
9. A requirement that the tribunal prepare a record of the evidence presented
10. A requirement that the tribunal prepare written findings of fact and the reasons for its decision.

In conclusion it is more than evident that the Democratic National Committee has breached the public trust and have exploited the emotion of fear to gain a political advantage in this year's 2020 Presidential Election. We the people have immunities from such corrupt behaviors as well as penalties and fines for such attempts at the previous mentioned Kleptocracy. We have voices that deserve to be heard and am requesting that the Private Prosecution Act be

enacted immediately so that way all of the crimes associated with these officials may be heard without obstruction or delay. Time is of the essence and we can not let it pass us by.

Vigilantly Signed

*Bianca Velez*

Bianca Velez 11/17/2020

mommysmetime6421@gmail.com

863-614-7484

Mommy's Me Time

2915 Vermont Ave

Lakeland Fl, 33803